JAP:RTP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 479**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

PAUL H. MOLDOVAN,

        Defendant.

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
<u>DISTRICT OF KANSAS</u>

(Fed. R. Crim. P. 5(c))

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

    Alfred Hernandez, being duly sworn, deposes and says that he is a Detective with the New York City Police Department, assigned to the Drug Enforcement Task Force, duly appointed according to law and acting as such.

    Upon information and belief, on or about May 2, 2012, a grand jury sitting in the District of Kansas returned an indictment, charging the defendant PAUL H. MOLDOVAN with possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). On or about May 2, 2012, an arrest warrant was issued by the United States District Court for the District of Kansas commanding the arrest of the defendant on these charges.

    The source of your deponent's information and the grounds for his belief are as follows:

    1.    I have been assigned to the Drug Enforcement Task

Force for four years.

2. On or about May 2, 2012, a grand jury sitting in the District of Kansas returned an indictment, charging the defendant PAUL H. MOLDOVAN with possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). On or about May 2, 2012, an arrest warrant was issued by the United States District Court for the District of Kansas commanding the arrest of the defendant on these charges. A copy of the arrest warrant and indictment are attached hereto as Exhibit A.

3. On or about May 17, 2012, I observed the defendant enter a residence on Anderson Road in Queens, New York. I recognized the defendant from a photograph that had been provided to me by the Task Force Officer assigned to the criminal investigation against the defendant in the District of Kansas.

4. After approximately 25 minutes, the defendant came out of the Anderson Road residence and got into a vehicle parked outside the residence. I approached the vehicle and asked the defendant to step out of the vehicle. The defendant got out of the vehicle. I asked him his name and he told me that his name is "Paul Moldovan." I then placed him under arrest. The defendant asked my why he was being arrested; I told him that he was being arrested in connection with an arrest warrant out of Kansas. The defendant told me, in part and substance, that he

was going to court in Kansas on Wednesday and wanted to know why "didn't they just wait."

     5.   It is the desire of the United States Attorney for the District of Kansas that the defendant PAUL H. MOLDOVAN be removed to that district for prosecution.

WHEREFORE, it is respectfully requested that the defendant PAUL H. MOLDOVAN be removed to the District of Kansas so that he may be dealt with according to law.

                                                  Alfred Hernandez
                                                  Detective
                                                  Drug Enforcement Task Force

Sworn to before me this
17th day of May, 2012

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK